UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

JAN 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

DANNY L. MACCUNE             *

    VS                       *   Civil No. B99-207

UNITED STATES OF AMERICA     *   (Cr. No. B98-158)

### ORDER OF ADMINISTRATIVE TRANSFER

Due to conflict of interest, the above-captioned and numbered cause of action is hereby transferred to Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, this <u>3rd</u> day of January 2000.

Felix Recio
United States Magistrate Judge