# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANNY L. MACCUNE, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-99-207 |
| VS. | § | |
| | § | CRIMINAL NO. B-98-158 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

## O R D E R

Petitioner, Danny L. Maccune, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by February 28, 2000.

DONE at Brownsville, Texas, this 13th day of January 2000.

                                                    John Wm. Black
                                                    United States Magistrate Judge