5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 07 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  Defendant-Respondent, | § § § | |
| V. | § § | Cr. No. B-98-158 |
| DANNY LIN MACCUNE,  Plaintiff-Petitioner. | § § § | C.A. No. B-99-207 |

## ORDER

The United States' motion for a 30-day extension of time to file its response to Maccune's Motion to Vacate Sentence Pursuant to Title 28, U.S.C. § 2255 is GRANTED.

The United States must file its answer on or before March 29, 2000.

SIGNED AT BROWNSVILLE, TEX, THIS 6TH DAY OF MARCH 2000.

_____
UNITED STATES MAGISTRATE JUDGE