9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 25 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANNY L. MACCUNE, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-99-207 |
| VS. | § | |
| | § | CRIMINAL NO. B-98-158-01 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND DISMISSING PETITION**

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 28, 2000, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 23 day of May, 2000.

_____
Hilda G. Tagle
United States District Judge